```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                          Case No. 18-02860-RNO
Linda M. Arendacs                                               Chapter 13
        Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0314-1        User: AGarner            Page 1 of 2           Date Rcvd: Aug 01, 2018
                            Form ID: ntnew341        Total Noticed: 16


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2018.
db              +Linda M. Arendacs,    305 Oak Hill Drive,    Middletown, PA 17057-2321
5082326         +Commonwealth of Pennsylvania,    Bureau of Labor and Industry,
                  Office of Unemp Comp Tax Services OUCTS,    PO Box 60848,   Harrisburg, PA 17106-0848
5082329         +Dept. of Education/Navient,    123 Justison Street,   3rd Floor,    Wilminton, DE 19801-5360
5082330          Discover Bank,    c/o William T. Molczan, Esquire,    Weltman, Weinberg & Reis Co., L.P.A.,
                  436 7th Avenue, Suite 2500,    Pittsburgh, PA 15219-1842
5082335         +Katherine M. Wolf, Esquire,    Shapiro & DeNardo, LLC,    3600 Horizon Drive, Suite 150,
                  King of Prussia, PA 19406-4702
5082336         +PA Department of Revenue,    Bureau of Compliance,    Lien Section,   PO Box 280948,
                  Harrisburg, PA 17128-0948

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5082324         +E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 01 2018 19:05:47
                  Bayview Loan Servicing,    4425 Ponce De Leon,   5th Floor,    Coral Gables, FL 33146-1837
5082327         +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 01 2018 19:05:35      CP/Bon Ton,
                  P.O. Box 182789,    Columbus, OH 43218-2789
5082325         +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 01 2018 19:13:33
                  Capital One Bank USA N.A.,    10700 Capital One Way,   Richmond, VA 23060-9243
5082328          E-mail/PDF: creditonebknotifications@resurgent.com Aug 01 2018 19:13:34     Credit One Bank,
                  P.O. Box 98872,    Las Vegas, NV 89193-8872
5082332          E-mail/Text: mrdiscen@discover.com Aug 01 2018 19:05:29      Discover Financial Services LLC,
                  P.O. Box 15316,    Wilmington, DE 19850-5316
5082331          E-mail/Text: mrdiscen@discover.com Aug 01 2018 19:05:29      Discover Bank,
                  6500 New Albany Road,    New Albany, OH 43054
5084189          E-mail/Text: mrdiscen@discover.com Aug 01 2018 19:05:29      Discover Bank,
                  Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
5082333          E-mail/Text: cio.bncmail@irs.gov Aug 01 2018 19:05:30      Internal Revenue Service,
                  Insolvency Section - BK notice,    PO Box 7346,   Philadelphia, PA 19101-7346
5083095         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 01 2018 19:13:34
                  PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
5082337          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 01 2018 19:05:37
                  Pennsylvania Department of Revenue,    Dept. 280946,   ATTN: Bankruptcy Division,
                  Harrisburg, PA 17128-0946
                                                                                               TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
5082334*        ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                  (address filed with court: Internal Revenue Service,    PO Box 21126,   Philadelphia, PA 19114)
                                                                                               TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2018                                  Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 1, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt   on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company bkgroup@kmllawgroup.com
              Tracy Lynn Updike   on behalf of Debtor 1 Linda M. Arendacs tupdike@ssbc-law.com,
               ssollenberger@ssbc-law.com
```

```
District/off: 0314-1           User: AGarner            Page 2 of 2                Date Rcvd: Aug 01, 2018
                               Form ID: ntnew341        Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                           TOTAL: 4

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: | |
| Linda M. Arendacs,<br>**Debtor 1** | Chapter 13<br><br>Case No. 1:18−bk−02860−RNO |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: September 6, 2018<br>Time: 09:00 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: AGarner, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 1, 2018 |

ntnew341 (04/18)