IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                      :       CHAPTER 13
                                            :
LINDA M. ARENDACS,                          :       CASE NO. 1-18-02860-RNO
                                            :
        Debtor                              :


**SUPPLEMENTAL CERTIFICATE OF SERVICE**

        I, Stacy A. Sollenberger, Legal Assistant with the firm of Schiffman, Sheridan & Brown, P.C., hereby certify that on August 22, 2018, a true and correct copy of the foregoing CHAPTER 13 PLAN was served by **certified mail** on the following creditor whose judgment lien is avoided in the Plan:


Discover Bank                               Discover Bank
c/o William T. Molczan, Esquire             6500 New Albany Road
Weltman, Weinberg & Reis Co., L.P.A.        New Albany, OH 43054
436 7th Avenue, Suite 2500
Pittsburgh, PA 15219-1842




                                            SCHIFFMAN, SHERIDAN & BROWN, P.C.


                                            By:  /s/ Stacy A. Sollenberger
                                                 Stacy A. Sollenberger