UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
:
LINDA M. ARENDACS, : CASE NO. 1-18-02860-RNO
:
Debtor :

### CERTIFICATE OF SERVICE

I, Stacy A. Sollenberger, Legal Assistant with the firm of Schiffman, Sheridan & Brown, P.C., hereby certify that on August 22, 2018, a true and correct copy of the CHAPTER 13 PLAN was served by certified mail and received by the following secured claim holder whose rights were impacted by the plan, per the attached certified green card:



SCHIFFMAN, SHERIDAN & BROWN, P.C.

By: /s/ Stacy A. Sollenberger
Stacy A. Sollenberger

Date: September 6, 2018