```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                          Case No. 18-02860-RNO
Linda M. Arendacs                                               Chapter 13
        Debtor              CERTIFICATE OF NOTICE
District/off: 0314-1          User: AGarner              Page 1 of 2               Date Rcvd: Sep 10, 2018
                              Form ID: ntcnfhrg          Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 12, 2018.
db             +Linda M. Arendacs,    305 Oak Hill Drive,    Middletown, PA 17057-2321
5082326        +Commonwealth of Pennsylvania,    Bureau of Labor and Industry,
                 Office of Unemp Comp Tax Services OUCTS,    PO Box 60848,    Harrisburg, PA 17106-0848
5082329        +Dept. of Education/Navient,    123 Justison Street,    3rd Floor,    Wilminton, DE 19801-5360
5082330         Discover Bank,    c/o William T. Molczan, Esquire,    Weltman, Weinberg & Reis Co., L.P.A.,
                 436 7th Avenue, Suite 2500,    Pittsburgh, PA 15219-1842
5082335        +Katherine M. Wolf, Esquire,    Shapiro & DeNardo, LLC,    3600 Horizon Drive, Suite 150,
                 King of Prussia, PA 19406-4702
5095871        +NCB Management Services, Inc.,    One Allied Drive,    Trevose, PA 19053-6945
5082336        +PA Department of Revenue,    Bureau of Compliance,    Lien Section,    PO Box 280948,
                 Harrisburg, PA 17128-0948

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5082324        +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 10 2018 19:08:20
                 Bayview Loan Servicing,    4425 Ponce De Leon,    5th Floor,    Coral Gables, FL 33146-1837
5082327        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 10 2018 19:07:56      CP/Bon Ton,
                 P.O. Box 182789,    Columbus, OH 43218-2789
5099923         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 10 2018 19:19:14
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
5082325        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 10 2018 19:18:21
                 Capital One Bank USA N.A.,    10700 Capital One Way,    Richmond, VA 23060-9243
5082328         E-mail/PDF: creditonebknotifications@resurgent.com Sep 10 2018 19:18:24      Credit One Bank,
                 P.O. Box 98872,    Las Vegas, NV 89193-8872
5082331         E-mail/Text: mrdiscen@discover.com Sep 10 2018 19:07:09      Discover Bank,
                 6500 New Albany Road,    New Albany, OH 43054
5082332         E-mail/Text: mrdiscen@discover.com Sep 10 2018 19:07:09      Discover Financial Services LLC,
                 P.O. Box 15316,    Wilmington, DE 19850-5316
5084189         E-mail/Text: mrdiscen@discover.com Sep 10 2018 19:07:09      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
5082333         E-mail/Text: cio.bncmail@irs.gov Sep 10 2018 19:07:47      Internal Revenue Service,
                 Insolvency Section - BK notice,    PO Box 7346,    Philadelphia, PA 19101-7346
5099824         E-mail/PDF: resurgentbknotifications@resurgent.com Sep 10 2018 19:18:24
                 LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                 FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5083095        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 10 2018 19:18:48
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5082337         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 10 2018 19:08:03
                 Pennsylvania Department of Revenue,    Dept. 280946,    ATTN: Bankruptcy Division,
                 Harrisburg, PA 17128-0946
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5082334*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court:   Internal Revenue Service,    PO Box 21126,    Philadelphia, PA 19114)
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2018                                          Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2018 at the address(es) listed below:

    Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
    James Warmbrodt    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company bkgroup@kmllawgroup.com
    Tracy Lynn Updike    on behalf of Debtor 1 Linda M. Arendacs tupdike@ssbc-law.com, ssollenberger@ssbc-law.com
    United States Trustee    ustpregion03.ha.ecf@usdoj.gov

    TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Linda M. Arendacs,      Chapter 13

**Debtor 1**

Case No. 1:18–bk–02860–RNO

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **November 7, 2018** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: November 14, 2018<br><br>Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: AGarner, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: September 10, 2018 |

ntcnfhrg (03/18)