```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 18-02860-HWV
Linda M. Arendacs                                                   Chapter 13
       Debtor                  CERTIFICATE OF NOTICE
```

District/off: 0314-1            User: DeborahGe            Page 1 of 1              Date Rcvd: Nov 26, 2019
                                Form ID: trc               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 28, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5108837        +E-mail/Text: bkmailbayview@bayviewloanservicing.com Nov 26 2019 18:59:32
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,
                 Coral Gables, FL 33146-1837
                                                                                              TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 26, 2019 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS
               INDIVIDUAL CAPACITY, BUT SOLELY IN ITS CAPACITY AS OWNER TRUSTEE OF ACM PRIME ALAMOSA 2018 TRUST
               ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Christopher M. McMonagle    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN
               ITS   INDIVIDUAL CAPACITY, BUT SOLELY IN ITS CAPACITY AS OWNER TRUSTEE OF ACM PRIME ALAMOSA 2018
               TRUST cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
              James Warmbrodt    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company bkgroup@kmllawgroup.com
              Tracy Lynn Updike     on behalf of Debtor 1 Linda M. Arendacs tlupdike@mette.com,
               cgfraker@mette.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 6

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:18-bk-02860-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Linda M. Arendacs
305 Oak Hill Drive
Middletown PA 17057

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/26/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 6: Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146 | WILMINGTON SAVINGS FUND SOCIETY, FSB, et al. c/o BSI Financial Services, Inc. PO Box 679002 Dallas, TX 75267-9002 WILMINGTON SAVINGS FUND SOCIETY, FSB, et c/o BSI Financial Services, Inc. |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/28/19

Terrence S. Miller
**CLERK OF THE COURT**