```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                        Case No. 18-02860-HWV
Linda M. Arendacs                                             Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: AutoDocke          Page 1 of 1          Date Rcvd: Feb 21, 2020
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2020.
            +Greg J. Arendacs,    305 Oak Hill Drive,    Middletown, PA 17057-2321

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2020                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2020 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS
               INDIVIDUAL CAPACITY, BUT SOLELY IN ITS CAPACITY AS OWNER TRUSTEE OF ACM PRIME ALAMOSA 2018 TRUST
                ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Christopher M. McMonagle    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN
               ITS  INDIVIDUAL CAPACITY, BUT SOLELY IN ITS CAPACITY AS OWNER TRUSTEE OF ACM PRIME ALAMOSA 2018
               TRUST cmcmonagle@sterneisenberg.com,    bkecf@sterneisenberg.com
              James  Warmbrodt    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company bkgroup@kmllawgroup.com
              Tracy Lynn Updike    on behalf of Debtor 1 Linda M. Arendacs tlupdike@mette.com,
               cgfraker@mette.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William Edward Miller    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS
               INDIVIDUAL CAPACITY, BUT SOLELY IN ITS CAPACITY AS OWNER TRUSTEE OF ACM PRIME ALAMOSA 2018 TRUST
                wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
                                                                                              TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Linda M. Arendacs<br>    Debtor(s)<br>------------------------------------------------<br>WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY IN ITS CAPACITY AS OWNER TRUSTEE OF ACM PRIME ALAMOSA 2018 TRUST<br>    (Movant)<br>                Creditor/Movant<br>v.<br>Linda M. Arendacs<br>              Debtor(s) | Chapter: 13<br><br>Bankruptcy Case: 18-02860-HWV<br><br>Judge: VAN ECK, HENRY W. |

## ORDER APPROVING STIPULATION

      AND NOW, upon consideration of the Stipulation between Debtor and WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY IN ITS CAPACITY AS OWNER TRUSTEE OF ACM PRIME ALAMOSA 2018 TRUST, it is hereby ORDERED and DECREED that the Stipulation is APPROVED and made an Order of the Court.

Dated: February 21, 2020        By the Court,

                                          Henry W. Van Eck, Chief Bankruptcy Judge (JH)