# LOCAL BANKRUPTCY FORM 9013-4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Linda M. Arendacs

**Debtor(s)**

**Plaintiff(s)/Movant(s)**
vs.

**Defendant(s)/Respondent(s)**

CHAPTER: 13

CASE NO. 1-18-bk-02860-HWV

ADVERSARY NO. __-__-ap-_____
(if applicable)

Nature of Proceeding: Motion for Discharge under 11 USC Section 1328(a)

Document #: 65

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

Debtor's counsel is out of the country on the hearing date, and then will be transitioning to an appointment outside the state. Counsel has other hearings before this Court that she has committed to on October 3, 2023, if the Court would permit continuance to that date.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: September 20, 2023

/s/ Tracy L. Updike

Attorney for Debtor

Name: Tracy L. Updike

Phone Number: 717-232-5000

---

[1] No alterations or interlineations of this document are permitted.