United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Linda M. Arendacs  
    Debtor

Case No. 18-02860-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Oct 03, 2023      Form ID: 3180W      Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Linda M. Arendacs, 305 Oak Hill Drive, Middletown, PA 17057-2321 |
| 5082326 | + | Commonwealth of Pennsylvania, Bureau of Labor and Industry, Office of Unemp Comp Tax Services OUCTS, PO Box 60848, Harrisburg, PA 17106-0848 |
| 5082335 | + | Katherine M. Wolf, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 5082336 | + | PA Department of Revenue, Bureau of Compliance, Lien Section, PO Box 280948, Harrisburg, PA 17128-0948 |
| 5240515 | + | WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS, c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 5275074 | | WILMINGTON SAVINGS FUND SOCIETY, FSB, et al., c/o BSI Financial Services, Inc., PO Box 679002, Dallas, TX 75267-9002 |
| 5275075 | + | WILMINGTON SAVINGS FUND SOCIETY, FSB, et al., c/o BSI Financial Services, Inc., PO Box 679002, Dallas, TX 75267-9002, WILMINGTON SAVINGS FUND SOCIETY, FSB, et c/o BSI Financial Services, Inc. 75267-9002 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5082324 | + | EDI: LCIBAYLN | Oct 03 2023 22:41:00 | Bayview Loan Servicing, 4425 Ponce De Leon, 5th Floor, Coral Gables, FL 33146-1839 |
| 5108837 | + | EDI: LCIBAYLN | Oct 03 2023 22:41:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1839 |
| 5082327 | + | EDI: WFNNB.COM | Oct 03 2023 22:41:00 | CP/Bon Ton, P.O. Box 182789, Columbus, OH 43218-2789 |
| 5099923 | | EDI: CAPITALONE.COM | Oct 03 2023 22:41:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 5082325 | + | EDI: CAPITALONE.COM | Oct 03 2023 22:41:00 | Capital One Bank USA N.A., 10700 Capital One Way, Richmond, VA 23060-9243 |
| 5082328 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 03 2023 18:51:46 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 5082331 | | EDI: DISCOVER.COM | Oct 03 2023 22:41:00 | Discover Bank, 6500 New Albany Road, New Albany, OH 43054 |
| 5082332 | | EDI: DISCOVER.COM | Oct 03 2023 22:41:00 | Discover Financial Services LLC, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 5082329 | + | Email/PDF: pa_dc_claims@navient.com | Oct 03 2023 18:52:15 | Dept. of Education/Navient, 123 Justison Street, 3rd Floor, Wilminton, DE 19801-5360 |
| 5082330 | | Email/Text: pitbk@weltman.com | Oct 03 2023 18:40:00 | Discover Bank, c/o William T. Molczan, Esquire, Weltman, Weinberg & Reis Co., L.P.A., 436 7th Avenue, Suite 2500, Pittsburgh, PA 15219-1842 |
| 5084189 | | EDI: DISCOVER.COM | Oct 03 2023 22:41:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5082333 | | EDI: IRS.COM | Oct 03 2023 22:41:00 | Internal Revenue Service, Insolvency Section - BK notice, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5099824 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 03 2023 18:52:24 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5095871 | ^ | MEBN | Oct 03 2023 18:38:38 | NCB Management Services, Inc., One Allied Drive, Trevose, PA 19053-6945 |
| 5111245 | | EDI: MAXMSAIDV | Oct 03 2023 22:41:00 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 5083095 | + | EDI: RECOVERYCORP.COM | Oct 03 2023 22:41:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5082337 | | EDI: PENNDEPTREV | Oct 03 2023 22:41:00 | Pennsylvania Department of Revenue, Dept. 280946, ATTN: Bankruptcy Division, Harrisburg, PA 17128-0946 |
| 5082337 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 03 2023 18:40:00 | Pennsylvania Department of Revenue, Dept. 280946, ATTN: Bankruptcy Division, Harrisburg, PA 17128-0946 |
| 5105297 | | EDI: Q3G.COM | Oct 03 2023 22:41:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5409209 | ^ | MEBN | Oct 03 2023 18:38:40 | U.S. Bank Trust National Association, as Trustee f, PO Box 814609, Dallas, TX 75381-4609 |
| 5409210 | ^ | MEBN | Oct 03 2023 18:38:41 | U.S. Bank Trust National Association, as Trustee f, PO Box 814609, Dallas, TX 75381-4609, U.S. Bank Trust National Association, as, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | * | U.S. Bank Trust National Association, as Trustee f, PO Box 814609, Dallas, TX 75381-4609 |
| 5082334 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 05, 2023     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher M. McMonagle | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY IN ITS CAPACITY AS OWNER TRUSTEE OF ACM PRIME ALAMOSA 2018 TRUST christopher.mcmonagle@bbs-law.com, bkecf@sterneisenberg.com |
| Daniel Philip Jones | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY IN ITS CAPACITY AS OWNER TRUSTEE OF ACM PRIME ALAMOSA 2018 TRUST djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company bkgroup@kmllawgroup.com |
| Marisa Myers Cohen | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY IN ITS CAPACITY AS OWNER TRUSTEE OF ACM PRIME ALAMOSA 2018 TRUST ecfmail@mwc-law.com |
| Tracy Lynn Updike | on behalf of Debtor 1 Linda M. Arendacs sbch13trusteeupdike@gmail.com rkvansteenacker@mette.com;ddwhistler@mette.com;sbch13trusteeupdike@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William Edward Miller | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY IN ITS CAPACITY AS OWNER TRUSTEE OF ACM PRIME ALAMOSA 2018 TRUST william.miller@padgettlawgroup.com, wedwardmiller@gmail.com |

TOTAL: 8

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Linda M. Arendacs<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–5084<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:18–bk–02860–HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Linda M. Arendacs

10/3/23

**By the court:** *Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**